# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CARNEAL EASON**                                                                                     **PLAINTIFF**

v.                                    **No. 2:18-cv-169-DPM**

**WAGNER SPRAY TECH
CORPORATION, d/b/a
Titan Tool, Inc.;  GRACO
INC.;  and SHERWIN-WILLIAMS**                                                    **DEFENDANTS**

## ORDER

Eason's motion, № 27, is granted.  Graco Inc. is dismissed from the case without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 April 2019