IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CARNEAL EASON                                                                    PLAINTIFF

v.                                    No. 2:18-cv-169-DPM

WAGNER SPRAY TECH
CORPORATION, d/b/a
Titan Tool, Inc.; GRACO, INC.;
and SHERWIN-WILLIAMS                                                      DEFENDANTS

## JUDGMENT

Eason's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 30 September 2020 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 July 2020